IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re:  

MACADAM COMPUTER INC,  

    Debtor.

_____

TOM SANTOS,  

    Appellant,  

 v.  

JANINA M. ELDER, Trustee,  

    Appellee.  
_____/

No. C 06-4889 SI

**ORDER DENYING APPELLEE'S MOTION TO DISMISS**

Trustee Janina Elder, the appellee in this action, has filed a motion to dismiss due to appellant's failure to perfect and prosecute the appeal. The motion is scheduled for a hearing on December 1, 2006. Pursuant to Civil Local Rule 7-1(b), the Court determines that the matter is appropriate for resolution without oral argument, and VACATES the hearing.

Appellee contends that the appeal should be dismissed because appellant failed to file a statement of issues or an opening brief. Appellant's counsel[1] J. David Franklin, Esq., has filed a declaration stating that he has been undergoing serious medical treatment, and that as a result he has been unable to meet various deadlines. Counsel also states that he never received the briefing schedule for filing the opening brief, and thus that he was not aware of that deadline. Finally, counsel states that he will file both a

---

[1] The Court has been informed by Heinz Binder, Esq., who is listed as counsel of record for appellant, that he does not represent appellant.

statement of issues and an opening brief prior to December 1, 2006. Based upon this representation, and counsel's explanation for his failure to prosecute the appeal thus far, the Court finds there is no good cause to dismiss the appeal.

Appellee also contends that the appeal is moot because appellant did not pursue a stay of the order[2] that is the subject of this appeal. It appears that appellant filed a motion for a stay with the Bankruptcy Court, but that motion has not been adjudicated.[3] The parties dispute whether the compromise settlement has been consummated. However, it appears that the appeal may not be moot because, according to appellee, this appeal has delayed and/or prevented distributions to creditors. Based upon the limited record before the Court, the Court cannot conclude that the appeal is moot.

For the foregoing reasons, the Court DENIES appellee's motion to dismiss. (Docket No. 6). Appellant shall file a statement of issues and opening brief no later than **December 1, 2006**. The Court is sympathetic to the concerns raised by appellee, and <u>appellant is cautioned that any further failure to comply with the Local Rules or briefing schedules shall result in dismissal</u>.[4]

**IT IS SO ORDERED.**

Dated: November 27, 2006

　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[2] Appellant has appealed a July 19, 2006 Order Authorizing Trustee to Compromise Controversy with Apple Computer, Inc. According to the parties' papers, appellant Tom Santos is the 90% shareholder of debtor Macadam Computer, Inc. Macadam Computer, Inc. brought a state court action against Apple Computer Inc.. The July 19, 2006 order authorizes the bankruptcy trustee to "take such steps as are required to give effect to the compromise" of that state court action.

[3] The reason for this is unclear. Appellant simply states that the bankruptcy court has not acted on the motion, while appellee asserts that the motion was never noticed for a hearing and that it was "effectively abandoned."

[4] The Court notes that appellant's opposition was due on November 17, 2006, and was not received until November 21, 2006. Further, it does not appear that the opposition papers were filed with the Court, as they do not appear on the Court's docket. Appellant is directed to immediately e-file the opposition papers.

2