**Franklin & Franklin, APC**
**J. David Franklin** (041659)
550 West "C" Street, Suite 950
San Diego, California 92101
Telephone: (619) 239-6300
Facsimile: (619) 239-6369

*Attorneys for Appellant Tom Santos*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>MACADAM COMPUTER, INC.,<br><br>Debtor. | District Court Case No.: C-06-04889SI<br><br>Bankruptcy Case No.: 04-33423DM<br><br>Chapter 7 |
| TOM SANTOS,<br><br>Appellant,<br><br>v.<br><br>JANINA M. ELDER,<br><br>Trustee. | **STIPULATION OF THE PARTIES THAT THE TRUSTEE'S MOTION FOR AN AWARD OF ATTORNEYS' FEES BE CONTINUED** |

At the present time, Trustee Janina Elder's motion for an award of attorneys' fees is set for hearing on Friday, September 14, 2007 at 9:00 a.m. However, the attorney for Appellant Tom Santos is temporarily totally disabled as a result of major cancer surgery that occurred on August 1, 2007  Counsel for Appellant Santos is not expected to return to work prior to the end of September, 2007.

1
STIP THAT TRUSTEE'S MOT. FOR AWARD OF ATTY FEES BE CONTINUED

In order to accommodate the medical disability of counsel for Appellant Santos, the parties have agreed that the Trustee's Motion for an Award of Attorneys' Fees may be continued by the Court to October 19, 2007, at 9:00 a.m.

Dated:  September 4, 2007                    **DUANE MORRIS LLP**

By:     /s/ Aron M. Oliner (152373)
ARON M. OLINER
Attorneys for Appellee Janina M. Elder

Dated:  August 30, 2007                      **FRANKLIN & FRANKLIN**

By:     /s/ J. David Franklin (041659)
J. David Franklin
Attorney for Appellant Tom Santos



2
STIP THAT TRUSTEE'S MOT. FOR AWARD OF ATTY FEES BE CONTINUED