**United States District Court**
For the Northern District of California

1
2
3
4
5

IN THE UNITED STATES DISTRICT COURT

6

FOR THE NORTHERN DISTRICT OF CALIFORNIA

7
In re

8
MACADAM COMPUTER, INC.,                    No. C 06-4889 SI

9
              Debtor                        **ORDER DENYING MOTION FOR
                                            ATTORNEYS' FEES AND COSTS**

10
_____

11
12
TOM SANTOS,

13
              Appellant,

14
   v.

15
JANINA M. ELDER, Trustee,

16
              Appellee.
_____/

17
18
19
        Appellee's motion for attorneys' fees is scheduled for a hearing on October 19, 2007.  Pursuant

20
to Civil Local Rule 7-1(b), the Court determines that the matter is appropriate for resolution without oral

21
argument, and VACATES the hearing.  For the reasons set forth below, the Court DENIES appellant's

22
motion.

23
24
                                    **DISCUSSION**

25
        By order filed June 28, 2007, the Court affirmed the Bankruptcy Court's decision approving a

26
compromise agreement in this bankruptcy case.[1]  Appellee, Trustee Janina M. Elder, now seeks

27
_____

28
        [1]  The factual and procedural background of this case is set forth in the Court's June 28, 2007
order.

United States District Court
For the Northern District of California

attorneys' fees and costs pursuant to Rule 8020 of the Federal Rules of Bankruptcy Procedure.  Rule 8020 provides that "[i]f a district court . . . determines that an appeal from an order, judgment, or decree of a bankruptcy judge is frivolous, it may, . . . award just damages and single or double costs to the appellee."  Fed. R. Bankr. Proc. 8020.  Appellee contends that the instant appeal was frivolous because appellant misrepresented certain facts regarding settlement negotiations related to the underlying case, failed to timely perfect the appeal, and "failed to cite applicable authority and relevant portions of the record" in appellant's opening brief on the merits of the appeal.

After review of the record in this case and appellant's contentions on appeal, the Court concludes that this appeal was not frivolous.  Appellant argued that the Bankruptcy Court should not have approved the proposed settlement of state court claims between the Trustee and Apple Computer, Inc.  While this Court ultimately agreed with appellee that the Bankruptcy Court did not abuse its discretion in approving the settlement, the Court also notes that the proceedings before the Bankruptcy Court were somewhat protracted and complicated.  The Bankruptcy Court held two hearings on the proposed settlement, initially denied the motion for approval without prejudice, and appointed special counsel to evaluate the state court action and provide an opinion on the merits of the Trustee's case and the likely range of recovery in the state action.  On this record, the Court cannot conclude that appellant's contentions – while ultimately lacking merit – were frivolous.

Nor does the Court agree with appellee that this appeal was frivolous because appellant failed to timely perfect the appeal.  As appellant notes, appellant's attorney filed a declaration explaining that he failed to comply with certain deadlines because he was having medical problems, and counsel eventually cured the defects.  In addition, although the Court found that the record did not support certain of appellant's factual assertions about the parties' underlying settlement negotiations, those arguments do not render the entire appeal frivolous.  Finally, the fact that appellant did not cite particular cases or portions of the record does not mean that appellant's challenge to the Bankruptcy Court's order was frivolous.

**CONCLUSION**

For the foregoing reasons, the Court DENIES appellant's motion for attorneys' fees and costs.

1  (Docket No. 20).

2

3       **IT IS SO ORDERED.**

4

5  Dated: October 17, 2007

6                                                      SUSAN ILLSTON
                                                       United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California